Priority ___
Send ✓
Enter ✓
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

FILED
CLERK U.S. DISTRICT COURT
JUL 11 2000
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

ENTERED
CLERK, U S DISTRICT COURT
JUL 13 2000
CENTRAL DISTRICT OF CALIFORNIA
BY _____

Docketed ✓
Copies / NTC Sent ✓
JS - 5 / JS - 6
JS - 2 / JS - 3
CLSD ✓

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel* WILLIAM R BENZ, and WILLIAM R BENZ, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>PRIMECARE INTERNATIONAL, INC, etc, *et al*,<br><br>Defendants | Case No CV 97-6116-ER<br><br>JUDGMENT<br><br><br>THIS CONSTITUTES NOTICE OF ENTRY AS REQUIRED BY FRCP, RULE 77(d). |

WHEREAS, commencing on Tuesday, April 4, 2000, the above-captioned action (the "Action") came on for trial before the above-titled Court, the Honorable Edward Rafeedie, Senior United States District Judge, presiding, and a duly-empanelled jury, and the issues having been duly tried and the Court having rendered its decision and jury having rendered its Verdict on April 18, 2000, accompanied by answers to interrogatories,

WHEREAS, the Court found for counterclaimant Prem Reddy ("Reddy") and against counterdefendant William R Benz ("Benz") on Reddy's claim for subrogation,

WHEREAS, the jury rendered its verdict in favor of Benz and against defendant

1 PrimeCare International, Inc. ("PrimeCare") on Benz's claims for (1) breach of employment
2 contract, (2) breach of the implied covenant of good faith and fair dealing, (3) wrongful
3 termination in violation of public policy, (4) intentional infliction of emotional distress, and (5)
4 violation of California Labor Code § 201;

5     WHEREAS, the jury rendered its Verdict in favor of Benz and against defendant Reddy
6 on Benz's claims for (1) wrongful termination in violation of public policy, and (2) intentional
7 infliction of emotional distress;

8     WHEREAS, the jury rendered its Verdict in favor of PrimeCare and Reddy, and against
9 Benz, on Benz's claim for violation of the False Claims Act, 31 U.S.C. § 3730(h);

10     WHEREAS, the claim of the United States of America *ex rel* Benz pursuant to the False
11 Claims Act, 31 U.S.C. § 3729(a), for which the jury did not reach a unanimous verdict and for
12 which the Court declared a mistrial, is a separate and distinct claim from the foregoing state law
13 claims for which the jury reached a verdict, and from the foregoing counterclaim on which the
14 Court rendered its ruling, the re-trial of which provides no reason to delay entry of final
15 judgment on all other claims pursuant to Federal Rule of Civil Procedure 54(b);

16     NOW, THEREFORE, IN LIGHT OF THE FOREGOING, IT IS HEREBY ORDERED,
17 ADJUDGED, AND DECREED that:

18     1. Pursuant to Rule 58 of the Federal Rules of Civil Procedure, the form of the
19        Verdict, and this judgment thereon, is approved by the Court;

20     2. In accordance with the Verdict, Benz shall recover from PrimeCare the sum of
21        $700,000.00;

22     3. In accordance with the Verdict, Benz shall recover from PrimeCare and Reddy the
23        sum of $900,000.00;

24     4. In accordance with the Verdict, Benz shall recover from PrimeCare and Reddy the
25        sum of $3,000,000.00 in punitive damages;

26     5. In accordance with the Court's ruling on Reddy's counterclaim, Reddy shall
27        recover from Benz the sum of $101,987.49;

28

6   Benz shall recover from PrimeCare and Reddy his costs of suit incurred in the Action

Dated **JUL 1 1 2000**

*Edward Rafeedie*

EDWARD RAFEEDIE

Senior United States District Judge